UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LANCE ADAM GOLDMAN
         Plaintiff(s)
    v.
GEORGE KENWORTHY; ROBERT LEWIS
         Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:10-CT-3222-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on July 7, 2011, with service on:
Lance Adam Goldman 0822742, Scotland Correctional Center, P.O. Box 1808, Laurinburg, NC 28353 (via U.S. Mail)

July 7, 2011

/s/ Dennis P. Iavarone
Clerk